**FILED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8577

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | MAGISTRATE CASE NO.: |
| Plaintiff,    ) | COMPLAINT FOR VIOLATION OF |
| v.    ) | Title 18, U.S.C., Sections 111 & 1114 Assault on a Federal Officer (Felony) |
| Alfredo SALCEDO-Felix,    ) | |
| Defendant.    ) | |

The undersigned complainant, being duly sworn, states:

That on or about June 28, 2008, within the Southern District of California, defendant Alfredo SALCEDO-Felix did willfully and forcibly assault, resist, oppose, impede or interfere with a person named in Title 18, United States Code, Section 1114, to wit, U. S. Customs & Border Protection Officer Ralph Acuna, was engaged in the performance of his official duties; in violation of Title 18, United States Code, Sections 111.

And the complainant states that this complaint is based on the attached Statement of PROBABLE CAUSE ~~Facts~~ incorporated herein by reference.

_____
BRANDON STIEFER
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 30TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
U. S. Magistrate Judge

1

## PROBABLE CAUSE STATEMENT

I, Special Agent Jerry A. Conrad, declare under penalty of perjury, the following is true and correct:

On 06/28/2008, Alfredo SALCEDO-Felix entered the United States through the Calexico, California East Port of Entry. SALCEDO was observed walking through the pre-primary area with his hands clenched in fist and hitting vehicles. SALCEDO approached primary lane #1 manned by Customs and Border Protection Officer R. Acuna. According to statements made by witnesses and other Customs and Border Protection Officers, SALCEDO was verbally assaultive and in an aggressive posture toward CBP Officer Acuna. CBP Officer Acuna drew his CBP issued expandable baton and ordered SALCEDO to get back, to which SALCEDO started to advance on CBP Officer Acuna. CBP Officer Acuna was backing away from SALCEDO and ordering SALCEDO to get back. At this point, CBP Officer Acuna struck SALCEDO in the left leg with the expandable baton. After CBP Officer Acuna had struck SALCEDO, SALCEDO stated "Fuck You" and struck CBP Officer Acuna in the face causing his nose to break. SALCEDO contined to advance on CBP Officer Acuna and shoved him into a concrete barricade causing CBP Officer Acuna to strike his head on the barricade and rendering CBP Officer Acuna unconscious. Other CBP Officers attempted to gain control of SALCEDO causing him to strike his head on the pavement. CBP Officer Acuna was transported to El Centro Regional Medical Center for treatment and subsequently transported to UCSD Medical Center in San Diego, California for reconstructive surgery to his nose. SALCEDO was also transported to El Centro Regional Medical Center for medical care on injuries sustained.

SALCEDO was released from El Centro Regional Medical Center and transported to the Calexico, California West Port of Entry by CBP Officers for processing.

SALCEDO was arrested in violation of Title 18 United States Code (USC) 111, Assault on a Federal Officer. SALCEDO acknowledged and waived his Miranda Rights. SALCEDO was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on _June 29, 2008_ (date) at _1121 hrs_ (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of _1_ pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on June 28, 2008 in violation of Title 18, United States Code, Section(s) 111.

_____         6/29/08 at 11:43 AM
United States Magistrate Judge            Date/Time