```
                                        FILED
                                    2008 JUL -9 PM 3:27
                                    CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2270 W |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Secs. 111(a)(1) and (b) - Assault on a Federal Officer (Felony) |
| ALFREDO SALCEDO-FELIX, ) | |
| Defendant. ) | |

The grand jury charges:

On or about June 28, 2008, within the Southern District of California, defendant ALFREDO SALCEDO-FELIX did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security Customs and Border Protection Officer R. Acuna, in that defendant struck Agent R. Acuna in the face and broke Agent R. Acuna's nose, and pushed Agent R. Acuna into a concrete barricade, causing Agent R. Acuna to strike his head on the barricade which caused Agent R. Acuna to become unconscious, and did thereby

//

//

MIP:fer:Imperial
7/7/08

1  inflict bodily injury upon Agent R. Acuna, while Agent R. Acuna was
2  engaged in the performance of his official duties;  in violation of
3  Title 18, United States Code, Sections 111(a)(1) and (b) felony.
4  DATED: July 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney

2